# EXHIBIT "B"



Medical Management
100 N. Academy Ave
Danville, PA 17822
Tel. • 800•544•3907 (TTY: 711)
Fax. • 570•271•5534
GeisingerHealthPlan.com

# Geisinger

## Notice of Adverse Benefit Determination

**Date of Notice:** August 19, 2021

> *This notice has important information about your coverage. Look for key dates in this notice. You may need to take action by certain deadlines to keep your health coverage or help with costs.*

This document serves as notice of an adverse benefit determination. We have declined to provide benefits, in whole or in part, for the requested treatment or service described below. If you think this determination was made in error, you have the right to appeal (see the bottom of this letter for information about your appeal rights).

### Case Details:

| | |
|---|---|
| **Name:** MICHAEL ▮▮▮▮▮ | **ID Number:** 20035445701 |
| **Date of Birth:** ▮▮▮▮ | **Effective Date:** August 17, 2021 |
| **Reference #:** A2106300161 | |
| **Provider:** Kyle Keojampa MD/St. Francis Memorial Hospital, San Francisco CA | |
| **Request:** Pre-Service | |
| **Procedure:** an Acute Inpatient Admission for Facial Feminization Surgery (surgery to change the features of your face and jaw) with a Non-Participating Plastic Surgeon (specialist) and Facility | |

**Reason for Denial (in whole or in part):** Upon review of the information presented and the terms of your benefit plan, coverage for this request is denied because it is not medically necessary.

### Explanation of Basis for Determination

**PLAN PROVISION:** Medical Necessity or Medically Necessary as defined in your current benefit document

**RATIONALE:** Geisinger Health Plan has reviewed your request for coverage of an inpatient admission for facial feminization surgery. We regret to inform you this request has been denied. This decision was made after review of your care needs, Geisinger's Medical Benefit Policy (MP) for Gender Dysphoria and Gender Confirmation Treatment, Geisinger's MP for Oral Health, and all information made available to us.

We did not approve this request because you have not been on hormone therapy, the evaluations submitted do not give a clear medical reason for you to have this surgery performed, and you are not

Page 1 of 7

HPMM01 Revised 7/2020          Commercial Denial
                                ▮▮▮▮▮
                                MICHAEL



having problems with chewing, swallowing, breathing, or speaking.

For this request to be approved, the information provided must include the following: documentation showing you have been on hormone therapy for a minimum of one (1) year; a minimum of two (2) behavioral health evaluations from two (2) different qualified providers recommending surgery; detailed documentation from a provider showing a medical examination and medical reason for your surgery; office notes showing you are having difficulty with chewing, swallowing, speaking, or breathing which would support the need for surgery.

Upon request, a member may obtain a free copy of the rule, diagnosis/treatment code(s) and the corresponding meaning(s), benefit provision, guideline/criteria or protocol upon which the denial decision was based by calling 800•544•3907 (TTY: 711), or writing to Medical Management Criteria Request, 100 North Academy Ave, Danville PA, 17822.

If the treating physician would like to discuss this decision with a Medical Director or additional assistance is needed, call the Medical Management Department at 800•544•3907.

We reserve the right to conduct retrospective review, the result of which may alter previous determinations. Participating providers with questions about payment and/or contract terms may contact their designated provider network coordinator.

You may appeal this decision by following the instruction in this letter. If you have any questions regarding your insurance coverage, consult your current benefit document, or contact the Customer Service Team at the number listed on the back of your insurance card and a representative will assist you.

Medical Management

Geisinger Health Plan may refer collectively to health care coverage sponsors Geisinger Health Plan, Geisinger Quality Options, Inc., and Geisinger Indemnity Insurance Company, unless otherwise noted. Geisinger Health Plan is part of Geisinger, an integrated health care delivery and coverage organization.

cc: Kyle Keojampa MD
    Kyle Keojampa MD/St. Francis Memorial Hospital

## GEISINGER QUALITY OPTIONS
### Important Information about Your Appeal Rights

**What if I need help understanding this denial?**
The contact information is found within the decision letter if you need assistance understanding this notice or our decision to deny you a service or coverage.

**What if I don't agree with this decision?**
You may appeal an adverse benefit determination made by Geisinger Quality Options (GQO) based upon the procedure outlined in the Subscription Certificate. A request for an appeal must be submitted **in writing** and received by GQO within **one hundred eighty (180) days** following receipt of the notification of an Adverse Benefit Determination. It is important to let GQO know whether or not the requested services have been received.

**How do I file an appeal?**
You may complete the enclosed "Appeal Filing Form" and send it back to us or you may submit to us a written

Page 2 of 7

HPMM01 Revised 7/2020          Commercial Denial

MICHAEL

request. Please submit the appeal request to the following address:
Geisinger Quality Options
Appeal Department
100 North Academy Avenue
Danville, PA 17822-3220
FAX: 570-271-7225



### Who may file an Appeal?
At any time during the appeal process, you may choose to designate "in writing" a Representative to participate in the appeal process on your behalf (an "Authorized Representative"). GQO has an authorization form available for you to use in order to designate an individual to act as your Authorized Representative. This form can be obtained by calling the Customer Service Team at the telephone number indicated on the back of your Member Identification Card.

### How do I provide additional information about my appeal?
You or your Authorized Representative have the right to provide GQO with written comments, documents, records or other information to be considered as part of the appeal review. You may submit any additional information to the address set forth above.

### You may also request copies of information relevant to your appeal:
You may request copies (free of charge) of the information used within the appeal decision making process. Furthermore, you may request an explanation of the billing and diagnosis codes used for your claim.

### What if my situation is urgent?
If your situation meets the definition of urgent under the law, your review will be generally conducted within 72 hours. Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe that your situation is urgent, you may request an expedited appeal by following the instructions for filing an internal appeal. Please note, in certain circumstances you may request an expedited external appeal at the same time you request an expedited internal appeal (with the Plan). This information will be provided to you following receipt of your appeal request.

### What happens next?
If you appeal, we will review and provide you with a written determination. The Plan administers one internal level of appeal. The level of an internal appeal has a thirty (30) day time frame and is reviewed by a new, nonsubordinate person not previously involved. If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent review organization, who will review your appeal and issue a final decision.

### There are other resources that are available to help you:
For questions about your rights, this notice, or for assistance you may contact the Employee Benefits Security Administration (EBSA) at 1-866-444-EBSA (3272) and/or the Pennsylvania State Consumer Assistance office by contacting:
Pennsylvania Department of Insurance
1209 Strawberry Square
Harrisburg, Pa 17111
(877) 881-6388
www.insurance.pa.gov

HPMM01 Revised 7/2020

GEISINGER QUALITY OPTIONS
"Autism Spectrum Disorder" Appeal Process
Commercial Denial
■■■■■ MICHAEL

Page 3 of 7



The coverage provisions provided by the Pennsylvania Insurance Autism Act (Act 62) are only applicable to Members employed by a group with 51 or more employees.

You may appeal an adverse benefit determination made by Geisinger Health Plan, Geisinger Health Options or Geisinger Quality Options hereinafter called the "Plan." A request for an appeal must be submitted to the Plan within one hundred eighty (180) days following receipt of notification of an adverse benefit determination or the occurrence of the complaint or grievance, hereinafter called an "appeal."

You or your appointed Authorized Representative may file a complaint or grievance. Complaint requests may be made orally by calling the Plan's Customer Service Team at the telephone number listed on the back of your Insurance Identification Card or by submitting the request in writing to:

> Geisinger Health Plan
> Appeal Department, MC 32-20
> 100 North Academy Avenue
> Danville, PA 17822-3220
> FAX: 570-271-7225

Grievance requests must be submitted in writing to the address listed above. If you are unable to submit a written request by reason of disability or language barrier, an oral request may be accepted by contacting the Plan's Customer Service Team.

The Plan administers two internal levels of appeal. Each level of an internal appeal has a thirty (30) day time frame; you will be notified of the decision within this time frame. In the event the decision of the final level of internal appeal remains adverse, you have the right to request an external review through the Pennsylvania Insurance Department. Your written request for an external review should be submitted to the following address:

> Office of Consumer Liaison
> Attn: Autism Review
> Insurance Department
> 13th Floor, Strawberry Square
> Harrisburg, PA 17120

You may also submit an external review request via email to: ra-in-consumerliaison@state.pa.us

HPAPL02\\geisinger.edu\dfs\0004\0386\386001\WORD\POL&PROC\2019 HMO & TPA\Attachment to Denials\June 2019\Final\Attachment to Denial docment MA 05 (Geisinger Quality Options).docx Devised: 1/01/12, Revised: 11/21/19 (MCE Audit - updated next level), 11/20/20, Reviewed: 7/01/2012, 7/01/2013, 7/01/2014, 7/01/2015, 6/21/2016, 6/20/2017, 6/15/2018, 6/14/2019

HPMM01 Revised 7/2020

Commercial Denial

MICHAEL

Page 4 of 7