IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL "DOE", <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH PLAN, *et al.*, <br><br> Defendants | Case No. 4:25-cv-01199-MWB |

**MOTION OF PLAINTIFF TO PROCEED ANONYMOUSLY**

Plaintiff, Michael "Doe," hereby files the instant Motion to Proceed Anonymously and incorporates by reference all of the arguments contained in the accompanying Brief, as if the same were more fully set forth herein at length.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant the instant Motion to Proceed Anonymously; permit Plaintiff to use Michael "Doe" for Plaintiff's name; and permit Plaintiff to redact her home address from the Complaint and any amendment thereto.

DATED: 07/02/2025

Respectfully submitted,

*/s/ Justin F. Robinette*

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
One Liberty Place,

        1650 Market Street, Suite 3600
        PMB #2494
        Philadelphia, PA 19103
        Tel: (267) 595-6254
        Fax: (267) 592-3067
        Justin@JRobinetteLaw.com

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Justin F. Robinette, Esquire, Attorney for Plaintiff, Jane Doe, in the above-named matter, do hereby certify that on this <u>2nd</u> day of <u>July, 2025</u>, the foregoing Motion of Plaintiff to Proceed Anonymously was filed using the Court's electronic filing system, and served as follows on today's date, or as soon thereafter as service can be effectuated:

### *VIA PERSONAL SERVICE & ELECTRONIC MAIL*

Jeffrey M. Alex, Esq.
Associate Chief Legal Officer
Geisinger Health Plan
100 N. Academy Avenue
Danville, PA 17822-3220
jmalex@thehealthplan.com

### *VIA PERSONAL SERVICE & FIRST CLASS MAIL*

Risant Health
900 7th Street NW
Washington, DC 20001;

Kaiser Permanente
1 Kaiser Plaza
Oakland, CA 94612

DATED: <u>07/02/2025</u>

Respectfully submitted,

*/s/ Justin F. Robinette*

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
One Liberty Place,
1650 Market Street, Suite 3600
PMB #2494

Philadelphia, PA 19103
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*