# CERTIFICATE OF CONCURRENCE

Undersigned counsel previously sent a draft of the instant Motion to Proceed Anonymously to Jeffrey M. Alex, Esquire, Associate Chief Legal Officer for Geisinger, via e-mail, to jmalex@thehealthplan.com. Undersigned counsel requested concurrence in the Motion. Attorney Alex indicated that Geisinger Health Plan consented to the Plaintiff's request to use a pseudonym.

DATED:  07/02/2025               Respectfully submitted,

*[signature]*

Justin Robinette, Esquire
PA Supreme Court I.D. No. 319829
One Liberty Place,
1650 Market Street, Suite 3600
PMB #2494
Philadelphia, PA 19103
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiff*