# EXHIBIT "A"

**DECLARATION OF PLAINTIFF, MICHAEL _____**

Plaintiff in the action herein, Michael _____, who requests to proceed under the name, "Michael Doe," hereby supplies the Court with the following Declaration in Support of the Plaintiff's Motion to Proceed Anonymously, filed on this same date, and in support thereof, hereby avers and states as follows:

1. Throughout my life, I have been mocked, insulted, and harassed with slurs for being transgender.

2. I recollect a person that I worked with previously stated that he thought I was transgender. That same individual threw an object at me that hit me in the back of the head.

3. Based on my life to date, I fear that disclosure of my personal identity in this matter will cause me severe harm.

4. I fear that the disclosure of my personal identity in the present matter as well as the details of my personal health information will harm me in the future.

5. In today's current climate, because of stigma toward people who are transgender, I believe that transgender people are even more susceptible to physical violence.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7. I further declare under penalty of perjury in accordance with 18 Pa. C.S. § 4904 that the foregoing is true and correct.

Dated: 07/01/2025            By: _____
                                  Michael _____ (Jul 1, 2025 22:44 EDT)
                                  Michael _____