## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHAEL "DOE", <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH PLAN, *et al.*, <br><br> Defendants | Case No. <u>4:25-cv-01199-MWB</u> |

## **O R D E R**

**AND NOW**, this 9th day of July 2025, upon consideration of the Motion of Plaintiff to Proceed Anonymously, and any Response thereto, **IT IS HEREBY ORDERED** that the Plaintiff's Motion is **GRANTED** as follows:

1.  Plaintiff is permitted to file the Complaint so that the caption reflects the name of the Plaintiff as, Michael "Doe";

2.  The parties shall file any and all pleadings and other documents with the Court using, Michael "Doe," for Plaintiff's name, and/or shall redact any pleadings and other documents filed of Plaintiff's name;

3.  Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment thereto.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge