# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

**Michael Doe**

*Plaintiff*

v.

**Geisinger Quality Options, Inc.; Geisinger Indemnity Insurance Company; Geisinger Health System; Geisinger; Permanente Medical Groups; ABC Corporation; Kaiser Foundation Health Plan; Kaiser Foundation Hospitals; Geisinger Health Plan; Risant Health, Inc.; Risant Health; Kaiser Permanente**

*Defendant*

Civil Action No. 4:25-cv-01199-MWB

## AFFIDAVIT OF SERVICE

I, Melissa Wertman Doyle _____, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Geisinger Quality Options, Inc. in Montour County, PA on September 10, 2025 at 4:15 pm at 529 Mill St, Danville, PA 17821-1015 by leaving the following documents with Chris Bingaman who as Administrative Assistan is authorized by appointment or by law to receive service of process for Geisinger Quality Options, Inc..

Civil Cover Sheet
Complaint
Exhibit(s)
Initial Denial Letter
Summons
Notice of a Lawsuit and Request to Waive Service of a Summons

Additional Description:
I found the appropriate section on the intercom and rang the legal department. I was then met by Chris Bingaman, a white female, 5'0" 120 pounds, 40s, black curly hair, who self-identified as Chris Bingaman,

accompany her to her office. I said that I could. We went to the second floor, where I waited while she called for clarification. Once she was able to give clear direction on the matter in question. I thanked her and left the building

White Female, est. age 40, glasses: N, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Photograph: See Exhibit 1

Total Cost: $450.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Danville, Montour County, PA on September 10, 2025.

Signature: *Melissa Wertman Doyle*
Melissa Wertman Doyle
+1 (303) 578-8682

Exhibit 1a)

