# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL DOE** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:25-cv-01199-MWB |
| ) | |
| **GEISINGER HEALTH PLAN, ET AL.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF NONSERVICE

I, Melissa Wertman Doyle, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Geisinger Health System as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 10, 2025 10:40 am
Address: 100 N. Academy Drive, Danville, PA 17822
Photo: None
Description of attempt: went to the information desk and spoke with the clerk who made a phone call. she stated she was told service of process go to 529 Mill st, Danville, PA as they do not have any admin offices at this location

Serve Attempt #2
Date / Time: September 10, 2025 4:16 pm
Address: 529 Mill St, Danville, PA 17821-1015
Photo: None
Description of attempt: According to Chris Bingaman, Administrative Assistant in the Legal department, the entity of "Geisinger Health System" does not exist, so this delivery is unable to be served

Total Cost: $450.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Danville, Montour County, PA on September 10, 2025.

*Melissa Wertman Doyle*

Signature
Melissa Wertman Doyle
+1 (303) 578-8682