# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DOE** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-01199-MWB |
| **GEISINGER HEALTH PLAN, ET AL.** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Paul Waters, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Risant Health, Inc. in DC on September 10, 2025 at 11:15 am at 900 7th Street NW, Washington, DC, DC 20001 by leaving the following documents with Vanessa Smoley who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Risant Health, Inc..

Civil Cover Sheet
Complaint and Jury Trial Demanded
Exhibit "A"
Exhibit "B"
Summons in a Civil Action
Blank Notice of a Lawsuit and Request to Waive Service of Summons; Blank Waiver of the Service of Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Blank Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (Civil Action; and Instructions for Completing AO 398 and AO 399

White Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.9012329,-77.0219498
Photograph: See Exhibit 1

Total Cost: $140.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Prince George's County, MD on 9/10/2025.

/s/ *Paul Waters*
Signature
Paul Waters
+1 (301) 602-1095

Exhibit 1a)

