| | |
|---|---|
| **Michael "Doe"** | )<br>) |
| *Plaintiff* | )<br>) |
| v. | )<br>)<br>) Civil Action No. 4:25-cv-01199-MWB |
| **GEISINGER HEALTH PLAN, GEISINGER QUALITY OPTIONS,INC., GEISINGER INDEMNITY INSURANCE COMPANY, GEISINGER HEALTH SYSTEM, GEISINGER,** | )<br>)<br>)<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Kenneth Browning, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Risant Health, Inc. in Dauphin County, PA on September 15, 2025 at 2:38 pm at 5235 N Front St, Harrisburg, PA 17110-1717 by leaving the following documents with Sam Adgie who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for Risant Health, Inc..

Civil Cover Sheet
Complaint and Jury Trial Demanded
Exhibit "A"
Exhibit "B"
Summons in a Civil Action
Blank Notice of a Lawsuit and Request to Waive Service of Summons; Blank Waiver of the Service of Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Blank Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (Civil Action; and Instructions for Completing AO 398 and AO 399

White Male, est. age 25-34, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.3376183146,-76.9059670734
Photograph: See Exhibit 1

Total Cost: $160.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dauphin County, PA on 9/19/2025.

*/s/ Kenneth Browning*

Signature
Kenneth Browning
+1 (717) 439-6822

Exhibit 1a)

