# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

**Michael "Doe"**

*Plaintiff*

v.

**Geisinger Health Plan; Geisinger Health System; Permanente Medical Groups; ABC Corporation; Geisinger; Risant Health, Inc.; Kaiser Permanente; Risant Health; Geisinger Quality Options, Inc.; Geisinger Indemnity Insurance Company; Kaiser Foundation Health Plan; Kaiser Foundation Hospitals**

*Defendant*

Civil Action No. 4:25-cv-01199-MWB

## AFFIDAVIT OF SERVICE

I, Kenneth Browning, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Kaiser Permanente in Dauphin County, PA on September 17, 2025 at 2:39 pm at 5235 North Front Street, Harrisburg, PA 17110 by leaving the following documents with Sam Adgie who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Kaiser Permanente.

Civil Cover Sheet
Complaint
Exhibit A
Exhibit B
Summons
Notice of Lawsuit and Request to Waive Service of a Summons

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.3376415791,-76.9060201894
Photograph: See Exhibit 1

Total Cost: $340.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dauphin County, PA on 9/17/2025.

*/s/ Kenneth Browning*

Signature
Kenneth Browning
+1 (717) 439-6822

Exhibit 1a)

