# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

**Michael Doe**

*Plaintiff*

v.

**Geisinger Quality Options, Inc.; Geisinger Health System; Geisinger Indemnity Insurance Company; Kaiser Foundation Health Plan; Kaiser Foundation Hospitals; Permanente Medical Groups; ABC Corporation; Geisinger; Risant Health, Inc.; Kaiser Permanente; Risant Health; Geisinger Health Plan**

*Defendant*

Civil Action No. 4:25-cv-01199-MWB

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Kaiser Foundation Health Plan in Dauphin County, PA on September 12, 2025 at 11:17 am at 5235 N Front St, Harrisburg, PA 17110-1717 by leaving the following documents with Sam Adgie who as Intake Clerk at Corporation Service Company is authorized by appointment or by law to receive service of process for Kaiser Foundation Health Plan.

Civil Cover Sheet
Complaint
Exhibit(s)
Initial Denial Letter
Summons
Notice of a Lawsuit and Request to Waive Service of a Summons

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.3375956308,-76.9059928374
Photograph: See Exhibit 1

Total Cost: $340.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dauphin County, PA on 9/12/2025.

/s/ *Emilie Heath*

Signature
Emilie Heath
+1 (717) 678-2523

Exhibit 1a)

