# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

**Michael Doe**

*Plaintiff*

v.

**Kaiser Foundation Hospitals; Permanente Medical Groups; ABC Corporation; Kaiser Foundation Health Plan; Geisinger; Risant Health, Inc.; Kaiser Permanente; Risant Health; Geisinger Health Plan; Geisinger Quality Options, Inc.; Geisinger Health System; Geisinger Indemnity Insurance Company**

*Defendant*

Civil Action No. 4:25-cv-01199

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Kaiser Foundation Hospitals in Dauphin County, PA on September 12, 2025 at 11:18 am at 5235 N Front St, Harrisburg, PA 17110-1717 by leaving the following documents with Sam Adgie who as CLERK at Corporation Service Company is authorized by appointment or by law to receive service of process for Kaiser Foundation Hospitals.

Civil Cover Sheet
Complaint
Exhibit A
Exhibit B
Summons in a Civil Action
Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of Summons, Notice, Consent, and Reference, of a Civil Action to a Magistrate Judge, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.

Geolocation of Serve: https://google.com/maps?q=40.3375850818,-76.9060061168
Photograph: See Exhibit 1

Total Cost: $340.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dauphin County, PA on 9/15/2025.

/s/ *Emilie Heath*
Signature
Emilie Heath
+1 (717) 678-2523

Exhibit 1a)

