# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Michael Doe** | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| **ABC Corporation; Kaiser Foundation Hospitals; Permanente Medical Groups; Geisinger; Kaiser Foundation Health Plan; Risant Health, Inc.; Kaiser Permanente; Risant Health; Geisinger Health Plan; Geisinger Quality Options, Inc.; Geisinger Health System; Geisinger Indemnity Insurance Company** | ) | Civil Action No. 4:25-cv-01199 |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Kenneth Browning, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Permanente Medical Groups in Dauphin County, PA on September 15, 2025 at 2:36 pm at 5235 North Front Street, Harrisburg, PA 17110 by leaving the following documents with Sam Adgie who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Permanente Medical Groups.

Civil Cover Sheet
Complaint
Exhibits
Initial Demand Letter
Summons
Notice of a Lawsuit and Request to Waive Service of Summons

White Male, est. age 25-34, glasses: N, Brown hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.3374974515,-76.9061333842
Photograph: See Exhibit 1

Total Cost: $340.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dauphin County, PA on 9/15/2025.

*/s/ Kenneth Browning*

Signature
Kenneth Browning
+1 (717) 439-6822

Exhibit 1a)

