# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL "DOE"** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**GEISINGER HEALTH PLAN, et al** )<br>)<br>*Defendant* ) | Civil Action No. 4:25-cv-01199-MWB |

## AFFIDAVIT OF SERVICE

I, Melinda Gonzalez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Permanente Medical Groups in Los Angeles County, CA on September 12, 2025 at 9:54 am at 330 North Brand Blvd., Ste. 700, Glendale, CA 91203-2336 by leaving the following documents with Diana Ruic who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Permanente Medical Groups.

Civil Cover Sheet
Complaint
Exhibit A - Policy MP307 - Gender Dysphoria and Gender Confirmation Treatment
Exhibit B - Initial Denial Letter
Summons
Notice of A Lawsuit and Request to Waive Service of Summons, Waiver of the Service of Summons, Notice, Consent, and Reference of a Civil Action to A Magistrate Judge, Disclosure Statement Pursuant to Fed.R.Civ.P.7.1, Instructions

Hispanic or Latino Female, est. age 25-34, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1513638333,-118.2548216667
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Los Angeles County, CA on 9/12/2025.

/s/ *Melinda Gonzalez*

Signature
Melinda Gonzalez
+1 (818) 664-9446

Exhibit 1a)

