## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DOE, | : | |
| Plaintiff, | : | |
| v. | : | NO. 4:25-CV-01199 |
| GEISINGER HEALTH PLAN, *et al.*, | : | CHIEF JUDGE BRANN |
| Defendants. | : | ELECTRONCIALLY FILED |

### ORDER

**AND NOW**, this 6th day of October 2025, upon consideration of Geisinger Health Plan, Geisinger Quality Options, Inc., Geisinger Indemnity Insurance Company, Geisinger Health System, Geisinger, Risant Health, Inc., Risant Health, Kaiser Permanente, Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, and Permanente Medical Groups's Motion for Extension of Time to Respond to the Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for the above Defendants to respond to the Complaint is extended to November 15, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge